# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF CONRAD HAFEN, FORMER JUSTICE OF THE PEACE, CITY OF LAS VEGAS, COUNTY OF CLARK, STATE OF NEVADA.

No. 72453

**FILED**

MAY 02 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
CHIEF DEPUTY CLERK

## ORDER ADMINISTRATIVELY CLOSING CASE

This matter was docketed in this court on February 27, 2017, with the filing of a certified copy of Findings of Fact, Conclusions of Law, and Consent Order Imposing Discipline. *See* Procedural Rules of the Nevada Commission on Judicial Discipline ("PRJDC"), Rule 28(2) (upon the fling of adoption and filing of a decision, the commission must file a certified copy of the decision with the clerk of the Supreme Court). Respondent did not subsequently file a notice of appeal with the clerk of the commission. *See* PRJDC 34(2); NRAP 3D(d). Accordingly, the clerk of this court is directed to administratively close this matter.

It is so ORDERED.

_____Cherry_____, C.J.

cc:    Attorney General/Las Vegas
       Law Offices of Kathleen M. Paustian, Chartered
       Nevada Commission on Judicial Discipline

17-14384